FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:18-cr-00138-CJC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| SEAN HOHAMMED HOSSEINZADEH, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including allegations of illegal drug use, failures to report as directed, and absconding (pre-arrest); criminal history, including convictions for being a felon in possession of a firearm, failure to appear, and narcotics offenses;_

*several prior violations of probation/parole*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including allegations of illegal drug use, failures to report as directed, and absconding (pre-arrest); criminal history, including convictions for being a felon in possession of a firearm, failure to appear, and narcotics offenses; several prior violations of probation/parole*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: August 6, 2021

JOHN D. EARLY
United States Magistrate Judge